FILED

SEP 1 4 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ________ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:26-MJ-02373

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | CRIMINAL INFORMATION |
| EUGENE J. BROWN | ) | |
| | ) | |

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about June 16, 2026, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, EUGENE J. BROWN, did forcibly assault, resist, oppose, impede, intimidate, or interfere with a Law Enforcement Official while engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(2).

COUNT TWO

THAT, on or about June 16, 2026, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, EUGENE J. BROWN, did willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to

discharge a duty of their office, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute § 14-223.

COUNT THREE

THAT, on or about June 16, 2026, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, EUGENE J. BROWN, did present themself in a public place in an intoxicated and disruptive condition, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute § 14-444(a).

W. ELLIS BOYLE
UNITED STATES ATTORNEY

BY: [signature]
BRYAN HOWARD
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28310-5000